## David Babcock v. Oliver Twist.

*Practice in Supreme Court. Motion to dismiss chancery appeal.* Where the return of a transcript in an appeal in chancery is made before the motion to dismiss is called up, the motion will be denied. But the appellant giving no adequate excuse for the delay in not filing the same, costs will be awarded to appellee.

*Heard and decided January 7th.*

Appeal from Washtenaw Circuit, in Chancery.

Motion to dismiss the appeal for want of return.

The motion was made December 10, 1867, but the return of the transcript was filed January 6, 1868, the day previous to the calling up of the motion.

*Norris & Uhl*, for the motion.

*H. J. Beakes, contra.*

*Per Curiam.*

Where the return of a transcript is made previous to the calling up of the motion, it will not be dismissed; but the appellant being in default, and not having given any sufficient reasons for not filing the papers at an earlier day, costs will be awarded to appellee though his motion to dismiss be denied.